```
MINUTE ENTRY
CHASEZ, M.J.
JANUARY 30, 2014
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEOFFREY CLAYTON | CIVIL ACTION |
| VERSUS | NUMBER: 10-1228 |
| DAVID ZULLO, <u>ET</u> <u>AL</u>. | SECTION: "J"(5) |

### HEARING ON MOTION

APPEARANCES:    Churita Hansell, Justin Harrison

MOTION:

(1)  Defendants' Motion to Quash Deposition (Rec. doc. 81).
(2)  Plaintiff's Renewed Motion to Compel Request for Document Production (Rec. doc. 86).
(3)  Plaintiff's Motion to Expedite Hearing on Renewed Motion to Compel (Rec. doc. 87).

_____ :   Continued to

_____ :   No opposition

\_\_\_1\_\_ :   Opposition

### ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_\_\_3\_\_ :   Granted.

_____ :   Denied.

\_1, 2\_ :   Other. To the extent that they exist, defendants are to produce any and all Taser Discharge Reports and logs documenting Taser use that were generated between January 1, 2009 and May 2, 2009. Once those documents have been produced, defendants are to present Officer St. Pierre as a Rule 30(b)(6) representative to testify to NOPD's Taser

MJSTAR(00:25)

training and use policies that were in effect on May 2, 2009 and NOPD's Taser discharge record production and retention policy that was in effect on May 2, 2009.  To the extent that Officer St. Pierre is knowledgeable on the NOPD's policies, procedures, and training in the treatment, handling, arrest of, use of force on, and/or the detention of individuals suspected of suffering from mental illness, he may testify to that as well.  Broader inquiry into all excessive force complaints against other NOPD officers involving Taser usage is denied in light of the deadlines currently in place in this litigation.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE